# EXHIBIT C



MULTICAM



Scorpion W2