UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
CRYE PRECISION, LLC and LINEWEIGHT       :
LLC,                                      :
                                          :
                    Plaintiffs,           :    15cv1681 (DLC)
                                          :
         -v-                              :    ORDER
                                          :
DURO TEXTILES, LLC,                       :
                                          :
                    Defendant.            :
----------------------------------------- X

DENISE COTE, District Judge:

   As discussed during today's on-the-record telephone conference, it is hereby

   ORDERED that Counts Four and Five of plaintiffs' June 24, 2015 amended complaint shall be remanded to state court.

   IT IS FURTHER ORDERED that, after defendant submits any amended pleading in response to the June 24 amended complaint, there shall be no further opportunity for either side to amend the pleadings.

   IT IS FURTHER ORDERED that plaintiffs' motion for a preliminary injunction, initially filed in state court on February 18, shall be terminated without prejudice to later renewal.  The preliminary injunction hearing previously scheduled for July 20 is cancelled.

   IT IS FURTHER ORDERED that plaintiffs' June 5 motion to dismiss shall be terminated without prejudice to being renewed

after defendant has submitted any amended pleading in response to the June 24 amended complaint.

    IT IS FURTHER ORDERED that the parties shall contact the chambers of Magistrate Judge James C. Francis prior to July 3 to pursue settlement discussions under his supervision at some point in July.

Dated:    New York, New York
           June 29, 2015

_____
DENISE COTE
United States District Judge