UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
CRYE PRECISION, LLC, and          :
LINEWEIGHT LLC,                   :
                                  :   CIVIL ACTION NO 15-cv-1681 (DLC)
                  Plaintiffs,     :
                                  :
          v.                      :
                                  :
DURO TEXTILES, LLC,               :
                                  :
                  Defendant.      :
-----------------------------------x

## DECLARATION OF ERIN M. ESTEVEZ IN SUPPORT OF
## DURO TEXTILES, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Erin M. Estevez, declare:

1. I am an attorney at the law firm of Cooley LLP and counsel to Defendant Duro Textiles, LLC ("Duro") in the above-captioned matter. I make this declaration in support of Duro's Motion for Summary Judgment. I declare that the following statements are true to the best of my knowledge, information, and belief formed after a reasonable inquiry under the circumstances.

2. Exhibit A attached hereto is a true and correct copy of U.S. Patent No. 9,074,849.

3. Exhibit B attached hereto is a true and correct copy of a screen capture from the United States Patent and Trademark Office's Patent Application Information Retrieval database regarding U.S. Patent Application No. 14/721,388, filed on May 26, 2015, which claims the benefit of 14/569,317.

4. Exhibit C attached hereto is a true and correct copy of a screen capture from the United States Patent and Trademark Office's Patent Application Information Retrieval database

1

regarding U.S. Patent Application No. 14/717,270, filed on May 20, 2015, which claims the benefit of 14/569,158 .

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of October, 2015, in Gainesville, Virginia.

                                                */s/  Erin M. Estevez*
                                                    Erin M. Estevez