UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CRYE PRECISION LLC and LINEWEIGHT LLC, : | |
| : | |
| Plaintiffs,   : | Civ. No. 15-cv-1681 (DLC) |
| : | |
| -against-   : | |
| : | **NOTICE OF APPEAL** |
| DURO TEXTILES, LLC,   : | |
| : | |
| Defendant   : | |
| : | |
| x | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE IS HEREBY GIVEN THAT Plaintiffs Crye Precision LLC and Lineweight LLC (collectively "Plaintiffs") in the above-named case appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Judgment entered in this action on April 25, 2016 (Dkt. No. 114) granting Defendant Duro Textiles, LLC's October 23, 2015 motion for summary judgment pursuant to Fed. R. Civ. P. 56 and dismissing with prejudice Plaintiffs' claims for breach of contract, trade dress infringement, and common law unfair competition, including all previous interlocutory decisions, orders, and judgments.  Plaintiffs' Notice of Appeal is timely filed.

Dated: New York, New York
       April 27, 2016

**GREENBERG TRAURIG, LLP**

By:   /s/ Robert A. Horowitz
      Robert A. Horowitz
      *horowitzr@gtlaw.com*

200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (facsimile)


– and –

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

Lauren B. Grassotti
*lgrassotti@msek.com*

990 Stewart Avenue, Suite 300
Garden City, NY 11530
(516) 592-5765
(516) 741-6706 (facsimile)

*Attorneys for Plaintiffs*
*Crye Precision LLC and Lineweight LLC*