UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CRYE PRECISION, LLC, and            :
LINEWEIGHT LLC,                     :

                  Plaintiffs,   :   CIVIL ACTION NO 15-cv-1681 (DLC)

      v.                            :

DURO TEXTILES, LLC,                 :

                  Defendant.    :
------------------------------------x

## NOTICE OF CROSS APPEAL

NOTICE IS HEREBY GIVEN that Defendant Duro Textiles, LLC ("Duro") in the above-captioned matter appeals to the United States Court of Appeals for the Second Circuit following the entry of judgment in this action on April 25, 2016 (Dkt. No. 114), from the following: (1) Opinion and Order dated June 16, 2015 (Dkt. No. 50) to the extent that it denied Duro's Rule 12(b)(1) Motion to Dismiss Crye's First Cause of Action for damages (as opposed to injunctive relief) as barred by 28 U.S.C. § 1498; (2) Opinion and Order dated October 28, 2015 (Dkt. No. 82) granting Crye's Motion to Dismiss Duro's Counterclaims; (3) denials dated May 9 and 10, 2016 of Duro's requests to file a motion for attorney's fees as the prevailing party in this matter without having to await the resolution of the remanded state court litigation (Dkt. Nos. 118 and 120); and (4) all underlying orders, rulings, findings, or conclusions of the District Court relating, pertinent, or ancillary to those orders.  Duro's Notice of Appeal is timely filed.

Dated:  May 24, 2016                      Respectfully submitted,

                                                  */s/ Jonathan G. Graves*
                                                  Jonathan G. Graves (*Pro hac vice*)

                                                  Cooley LLP

One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
Tel:  (703) 456-8119
Fax:  (703) 456-8100
jgraves@cooley.com

Erin M. Estevez (*Pro hac vice*)
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Tel:  (202) 842-7800
Fax:  (202) 842-7899
eestevez@cooley.com

Celia Goldwag Barenholtz
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 479-6000
Facsimile:   (212) 479-6275
cbarenholtz@cooley.com

*Counsel for Defendant Duro Textiles, LLC*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of May 2016, the foregoing **NOTICE OF APPEAL** was filed though the ECF system and will be sent electronically, via the ECF system, to the registered participants listed below, as also identified on the Notice of Electronic Filing (NEF).

Lauren Beth Grassotti
Meyer, Suozzi, English & Klein, P.C. (Garden City)
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530
Tel: (516) 741-6565
Fax: (516) 741-6706
lgrassotti@msek.com

Robert Allen Horowitz
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-2194
Fax: (212) 224-6114
horowitzr@gtlaw.com

Justin Albano MacLean
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
macleanj@gtlaw.com

*Attorneys for Plaintiffs*

                                                */s/ Jonathan G. Graves*
                                                Jonathan G. Graves (*Pro hac vice*)

131569554